William M. Bryson, Jr., Appellant pro se.

Mark C. Moore, Assistant United States Attorney, Columbia, South Carolina; Regan Alexandra Pendleton, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Before TRAXLER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William M. Bryson, Jr., appeals from the district court's order denying his motion for return of property pursuant to Fed. R.Crim.P. 41. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See Floyd v. United States,* 860 F.2d 999, 1003 (10th Cir.1988). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*

**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**William M. BRYSON, Jr., Defendant—**
**Appellant.**

No. 03–7796.

United States Court of Appeals,
Fourth Circuit.

Submitted March 25, 2004.

Decided March 31, 2004.